AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Sunflower Operating Trust

*Plaintiff(s)*

v.

Jeffrey Wyman, Suzette Neal, Global Petroleum LLC, Arnoldo Maldonado, Ygriega Environmental Services LLC

*Defendant(s)*

Civil Action No. 4:18-cv-01004

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Wyman
690 Novak Ave North
West Lakeland MN 55082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher D. Lewis PLLC
1721 West T.C. Jester Boulevard
Houston, Texas 77008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    DAVID J. BRADLEY

Date: APR 03 2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Wyman

was received by me on *(date)* April 9th, 2018 .

☒ I personally served the summons on the individual at *(place)* 11275 Sand Castle Drive, Unit C, Woodbury, MN 55129 on *(date)* April 10th, 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 125.00 for services, for a total of $ $125.00 .

I declare under penalty of perjury that this information is true.

Date: 4/10/18

*Server's signature*

Timothy L. Wolter, Process Server
*Printed name and title*

4750 Highway 61 N., St. Paul, MN 55110
*Server's address*

Additional information regarding attempted service, etc: