IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUNFLOWER OPERATING TRUST | § § § | |
| VS. | § § | Civil Action No. 4:18-cv-01004 |
| JEFFREY WYMAN, ET. AL. | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sunflower Operating Trust moves to dismiss this case with prejudice. Pursuant to agreement, all claims asserted in this case by Plaintiff against Defendants Jeffrey Wyman, Suzette Jerez Neal a/k/a Suzette L. Jerez-Neal, Global Petroleum LLC, Arnoldo Maldonado, and Ygriega Environmental Services LLC have been resolved, and Plaintiff no longer desires to pursue this action. No Defendant other than Defendant Jeffrey Wyman has filed an answer or otherwise appeared in this case. Defendant Jeffrey Wyman agrees to the relief requested in this motion.

## **PRAYER**

Plaintiff requests that the Court dismiss this case in its entirety with prejudice.

DATED:    May 2, 2018.

                     RESPECTFULLY SUBMITTED,

                     By: _____
Christopher B. Lewis
State Bar No.: 24032546
Federal ID No.: 34749
CHRISTOPHER B. LEWIS, P.L.L.C.
1721 West T.C. Jester Blvd.
Houston, TX 77008
Telephone: 713-553-4104
Facsimile: 713-893-6270
Lewis@TexLaw.info
Lewis@Alumni.Duke.edu

                     ATTORNEY-IN-CHARGE,
               *for Plaintiff, Sunflower Operating Trust*

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2018 I served a true and correct copy of the foregoing document upon all known counsel of record by the Court's ECF electronic filing service in compliance with FED. R. CIV. P. 5 and Local Rule 5.1.

                     _____
                     Christopher B. Lewis