UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Sunflower Operating Trust, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-1004 |
| Jeffrey Wyman, et al., | § § | |
| Defendants. | § | |

## Final Dismissal

Having been advised that Sunflower Operating Trust no longer wishes to pursue its claims against Jeffrey Wyman, Suzette Jerez Neal, Global Petroleum, LLC, Arnoldo Maldonado, and Ygriega Environmental Services, LLC, this case is dismissed with prejudice. (9)

Signed on May 2, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge